**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

ELMER ANTONIO VASQUEZ LOPEZ,   :
      Petitioner,          :
                       :
      v.               :     No.    2:26-cv-5164
                       :
SECRETARY MARKWAYNE MULLIN,   :
ACTING ATTORNEY GEN. TODD     :
BLANCHE, JOHN RIFE, WARDEN JL  :
JAMISON,                :
      Respondents.     :

---

**O R D E R**

**AND NOW,** this 24th day of July, 2026, upon consideration of Petitioner Elmer Antonio Vasquez Lopez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. 1, **IT IS ORDERED THAT**:

1.     Petitioner SHALL promptly serve the Office of the United States Attorney by email at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

2.     **No later than July 31, 2026**, Respondents SHALL file an expedited response to the Petition, along with any exhibits, copies of all relevant documents, and an index of exhibits/documents. The response shall state the statutory authority for Petitioner's detainment and provide the related legal analysis and record evidence supporting the asserted statutory basis for detention. The response shall also address whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

3.     **No later than August 3, 2026**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

4.     Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

                         BY THE COURT:

                         */s/ Joseph F. Leeson, Jr.*
                         JOSEPH F. LEESON, JR.
                         United States District Judge

1
072426