**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELMER ANTONIO VASQUEZ LOPEZ, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No.    2:26-cv-5164 |
| | : | |
| SECRETARY MARKWAYNE MULLIN, | : | |
| ACTING ATTORNEY GEN. TODD | : | |
| BLANCHE, JOHN RIFE, WARDEN JL | : | |
| JAMISON, | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW,** this 6th day of August, 2026, upon consideration of the status report provided

by Petitioner, *see* ECF No. 7, wherein he maintains that the Immigration Judge closed his case on

August 3, 2026, *see* ECF No. 7-1, and the Petitioner's Motion to Enforce, ECF No. 8, **IT IS**

**ORDERED THAT**:

**No later than August 7, 2026, at 9:00 a.m.**, the Government shall file a response regarding

the status of Petitioner's detention.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge